UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABAS DOWLAD,

                Petitioner,

    v.

STEPHEN ROY, et al.,

                Respondents.

CASE NO. 25-cv-02517-JHC

ORDER

This matter comes before the Court on Plaintiff's Response to Order to Show Cause and Motion for Extension of Time to Serve. Dkt. # 7. Plaintiff requests an extension to June 1, 2026 to file proof of service. Dkt. # 7 at 2. For the reasons presented, the Court GRANTS the motion. Dkt. # 7. Plaintiff has until June 1, 2026 to file proof that Defendants have been served or have agreed to waive service. If Plaintiff does not do so, the Court will dismiss the action without prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 18th day of May, 2026.

*John H. Chun*

ORDER - 1

John H. Chun
United States District Judge

ORDER - 2