UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABAS DOWLAD,

          Plaintiff,

   v.

STEPHEN ROY, et al.,

          Defendants.

CASE NO. 25-cv-02517-JHC

ORDER

This matter comes before the Court on Plaintiff's Motion for Request for Return of Collateral or Monetary Compensation, Dkt. # 9, and Plaintiff's Motion for Service of Process by the United States Marshal Service and for Extension of Time, Dkt. # 10.

Service has not been rendered, *see* Dkt. # 10, and thus the Court DENIES the Motion for Request for Return of Collateral or Monetary Compensation without prejudice.  Dkt. # 9.

Plaintiff proceeds pro se and in forma pauperis (IFP).  *See* Dkt. # 4.  Upon an IFP plaintiff's request, Federal Rule of Civil Procedure 4(c)(3) requires the Court to "order that service [of summons and the complaint] be made by a United States marshal or deputy marshal or by a person specially appointed by the court."  Fed. R. Civ. P. 4(c)(3); *see also* 28 U.S.C. § 1915(d) (when an IFP plaintiff so requests, "the officers of the court shall issue and serve all process").

ORDER - 1

Thus, the Court GRANTS Plaintiff's request (Dkt. # 10) and ORDERS as follows:

(1) The Clerk shall provide a copy of this order, the complaint (Dkt. # 5), Plaintiff's request for service (Dkt. # 10), and the summonses for each Defendant (Dkt. # 11) to the United States Marshal or Deputy Marshal;

(2) As soon as practicable, the United States Marshal or Deputy Marshal shall serve Defendants with the summons and complaint and shall file proof of service once completed.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 23rd day of June, 2026.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 2