UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABAS DOWLAD,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN ROY, et al.,<br><br>Defendants. | CASE NO. 25-cv-02517-JHC<br><br>ORDER |

Before the Court is Plaintiff's Motion for Leave to Amend Complaint to Correct Defendant's Name. Dkt. # 13. The Court STRIKES the motion because it is unnecessary. Under Federal Rule of Civil Procedure 15(a)(1)(B), at this time, Plaintiff may file an amended complaint as a matter of course.

Dated this 31st day of August, 2026.

John H. Chun
United States District Judge